IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02587-RBJ-MJW

COMBAT ZONE CORP.,

Plaintiff,

v.

JOHN/JANE DOES 1-5,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

Pending before the Court is a Motion (Docket No. 9) filed by one of the Doe Defendants (hereinafter "Doe") in this matter.  The Motion asks the court to allow Doe to proceed anonymously and to quash plaintiff's subpoena served on CenturyLink.  A copy of the subpoena was not attached to Doe's Motion.

The Motion is **granted in part and denied in part without prejudice**.  First, Doe's request to proceed anonymously is **granted** for the sole purpose of permitting Doe to challenge the subpoena served on CenturyLink.  The clerk is directed to docket an unredacted version of Doe's Motion (Docket No. 9) under **Level 2 restriction** until the court orders otherwise.  Future pleadings filed by Doe shall be docketed in a similar manner.

Second, Doe's request to quash plaintiff's subpoena is **denied without prejudice**.  Doe did not attach a copy of the subpoena to his or her Motion.  Accordingly, the court cannot rule on Doe's motion to quash at this time.  Doe shall be given fourteen (14) days from the date of this order to refile his or her motion to quash with the subpoena attached.

The clerk is directed to include a copy of plaintiff's response to Doe's Motion (Docket No. 10) when mailing this order to Doe.

Date: January 11, 2013